UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RAY, | No. 2:15-cv-0746-JAM-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| AMY GAYLE WILLIAMS, | |
| Defendant. | |

Plaintiff, who is a resident of California and represented by counsel, initially commenced this diversity action with claims of, *inter alia*, defamation, invasion of privacy, and intentional infliction of emotional distress against defendant on April 6, 2015.  (ECF No. 1.)  Subsequently, on May 8, 2015, defendant, a resident of Alabama, appeared without counsel and filed what has been liberally construed and docketed by the Clerk of Court as an answer to the complaint.  (ECF No. 5.)  Thereafter, on June 11, 2015, the action was referred to the undersigned pursuant to Local Rule 302(c)(21).  (ECF No. 7.)  No further filings were made in the case since that date.

Accordingly, IT IS HEREBY ORDERED that:

1. No later than December 1, 2015, the parties shall meet and confer and file a joint status report addressing the specific topics outlined in paragraph 4 of the court's April 6, 2015 Order Requiring Joint Status Report.  If the parties disagree as to a particular

issue, they may set forth their disagreement and respective positions regarding the issue in their joint submission.

2. In the joint status report, each party shall also indicate whether he or she consents to the jurisdiction of a United States Magistrate Judge for all purposes, including the entry of final judgment, pursuant to 28 U.S.C. § 636(c).  The parties are under no obligation to so consent, and the consent/decline designation merely assists the court in determining how the case should be administratively processed.

3. Upon review of the joint status report, the court may set a status conference or issue an appropriate scheduling order in the case based on the parties' written submission.

4. Alternatively, if plaintiff no longer wishes to pursue the case at this time, he may instead file a notice of voluntary dismissal of the action without prejudice no later than December 1, 2015.

IT IS SO ORDERED.

Dated:  October 27, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE