UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RAY,<br><br>       Plaintiff,<br><br>   v.<br><br>AMY GAYLE WILLIAMS,<br><br>       Defendant. | No.  2:15-cv-746-JAM-KJN PS<br><br><br>ORDER AND<br><br>ORDER TO SHOW CAUSE |

On March 3, 2016, the court scheduled a status (pretrial scheduling) conference in this matter for May 12, 2016, and ordered the parties to file a joint status report no later than April 28, 2016.  (ECF No. 12.)  Although that deadline has now passed, no such joint status report was filed.  However, on May 2, 2016, defendant, appearing without counsel, filed a request for a telephonic appearance at the status conference.  (ECF No. 13.)[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The May 12, 2016 status conference is VACATED, and defendant's request for a telephonic appearance is DENIED as moot.
2. No later than May 26, 2016, the parties shall show cause in writing why monetary sanctions should not be imposed on both parties for their failure to comply with the

---

[1] In its March 3, 2016 order, the court had already authorized defendant to appear telephonically. (ECF No. 12.)

1

court's order to file a joint status report.

3. If the parties have settled the case, or if plaintiff no longer wishes to pursue the case, the parties may file an appropriate stipulation for dismissal of the action in lieu of responding the order to show cause.

4. Failure to timely respond to the order to show cause will result in the imposition of monetary sanctions and may also result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated:  May 3, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE